FREDERICK ZOELLER, Appellant, *v.* JULIA A. RILEY, as Administratrix, etc., Respondent.

(Argued March 3, 1885; decided March 24, 1885.)

THIS was a motion to dismiss an appeal on the ground that the amount in controversy was not $500.

The action was for conversion. The complaint alleged that the property was worth $500. Plaintiff's evidence on the trial was to the effect that the value was $300.

The court here say:

"This action is not founded upon contract, and hence the sum for which the complaint demands judgment is deemed to be the amount of the matter in controversy within the meaning of section 191 of the Code. Here the complaint demands judgment for $500. It matters not that proof given upon the trial shows that the plaintiff's damages were less. If he can succeed upon his appeal upon a new trial, it will be open to him to show that this property was worth $500, or more, if he can."

*Thomas E. Pearsall* for motion.

*J. D. Bell* opposed.

EARL, J., reads mem. for denial of motion.
All concur.
Motion denied.